UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY STALLWORTH, AN INDIVIDUAL, | ) ) ) | Case No. EDCV 13-01835-VAP (OPx) |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) |  |
| BANK OF AMERICA, N.A., A NATIONAL ASSOCIATION, et al., | ) ) ) |  |
| Defendants. | ) ) ) |  |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint against
Defendants Bank of America, N.A., successor by merger to
BAC Home Loans Servicing, LP, formerly known as
Countrywide Home Loans Servicing, LP, and Mortgage

1    Electronic Registration Systems, Inc. is DISMISSED

2    WITHOUT PREJUDICE.  The Court orders that such judgment

3    be entered.

4

5    Dated:  November 7, 2013        _____

6                                    VIRGINIA A. PHILLIPS
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28