**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01835-VAP (OPx)                                  Date:  December 16, 2013

Title:   ANTHONY STALLWORTH, AN INDIVIDUAL -v- ~~BANK OF AMERICA, N.A., A NATIONAL ASSOCIATION~~, DHI MORTGAGE COMPANY, LTD., L.P., A LIMITED PARTNERSHIP, ~~MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") A CORPORATION~~, ~~BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, A CORPORATION~~, FIRST AMERICAN TITLE INSURANCE COMPANY, A CORPORATION, AND NATIONSTAR MORTGAGE LLC, A LIMITED LIABILITY COMPANY AND DOES 1 THROUGH 25 INCLUSIVE

===============================================================
PRESENT:         HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

       Marva Dillard                                                    None Present
       Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                   DEFENDANTS:

       None                                                                   None

PROCEEDINGS:          MINUTE ORDER ORDERING PLAINTIFF TO SHOW CAUSE WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED (IN CHAMBERS)

     On October18, 2013, the Court issued an Order setting a Scheduling Conference in this matter for 1:30 p.m. on December 16, 2013.  (<u>See</u> Order (Doc No. 12).)  In violation of Local Rule 16-13, <u>pro se</u> Plaintiff Anthony Stallworth failed to attend the conference or file the Federal Rule of Civil Procedure Rule 26(f) Joint

MINUTES FORM 11                                                     Initials of Deputy Clerk ___md___
CIVIL -- GEN                                            Page 1

EDCV 13-01835-VAP (OPx)
ANTHONY STALLWORTH v. BANK OF AMERICA, N.A., A NATIONAL ASSOCIATION ET. AL.
MINUTE ORDER of December 16, 2013

Report.  Furthermore, the remaining Defendants in this action have not been served, and therefore also did not appear at the conference.  (See November 8, 2013 Minute Order Granting Motion to Dismiss Without Prejudice (Doc. No. 14).)

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than December 27, 2013, why the Court should not dismiss Plaintiff's case for failure to appear.

**IT IS SO ORDERED.**